LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 241625]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LINDA GUERRA OCHOA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 20-02126 MAA<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND 00/100 ($3,750.00) subject to the terms of the stipulation.

DATE: 04/23/2021       _____
                                  HON. MARIA A. AUDERO,
                                  UNITED STATES MAGISTRATE JUDGE